## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Quiana Mathews, et al.

                              Plaintiff,

v.                                          Case No.: 1:18−cv−03720
                                            Honorable Elaine E. Bucklo

Personnel Staffing Group LLC

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 28, 2018:

      MINUTE entry before the Honorable Elaine E. Bucklo: Scheduling Conference set for 8/30/2018 at 9:30 a.m. Rule 26(f) Report re MIDP due 8/27/2018. The Report must conform to the Mandatory Initial Discovery Pilot program of the district court. The form of the Report can be found on Judge Bucklo's page at www.ilnd.uscourts.gov. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.