# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Quiana Mathews, et al.

                    Plaintiff,

v.                                     Case No.: 1:18−cv−03720
                                        Honorable Andrea R. Wood

Personnel Staffing Group LLC

                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 25, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. As the amended complaint in Case No. 16−cv−11282 encompasses the claims previously asserted in this case, Case No. 18−cv−03720, this case is administratively closed as redundant. All pending motions and hearing dates are stricken. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.